

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '07 MJ 8890 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Salvador BARAJAS Cruz, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 29, 2007, within the Southern District of California, defendant Salvador BARAJAS Cruz, did knowingly and intentionally import approximately 13.22 kilograms (29.08 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, October 30, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Salvador BARAJAS Cruz

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On October 29, 2007, at approximately 1754 hours, Customs and Border Protection Officer (CBPO) D. Pizano was assigned to primary lanes at the Calexico, California West Port of Entry when a 1991 white Ford Explorer bearing California license plate 5YKB624 approached for entry.

CBPO D. Pizano encountered the operator, registered owner and sole occupant of the vehicle identified as Salvador BARAJAS Cruz. CBPO D. Pizano received a negative Customs declaration from BARAJAS and referred BARAJAS and the vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, Customs Border Protection Canine Enforcement Officer D. Ragsdale was conducting a Block Blitz operation with his Narcotic Detector Dog (NDD). The NDD alerted to a 1991 white Ford Explorer bearing California license plate 5YKB624.

CBPO E. Garcia assumed responsibility for searching the vehicle. During examination of the vehicle, CBPO E. Garcia discovered several packages concealed with in the dashboard area of the vehicle. CBPO E. Garcia probed a package exposing a green leafy substance, which field-tested positive for marijuana. A total of twenty (17) packages, with a total weight of 13.22 kilograms (29.08 pounds) were removed from the vehicle.

BARAJAS was advised of his rights per Miranda. BARAJAS stated that he understood his rights and was willing to waive his rights and make a statement. BARAJAS admitted knowledge of the marijuana found in the vehicle. BARAJAS stated he was to be paid $500.00 for this smuggling venture.