**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Defendant Mr. Barajas-Cruz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj8890 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| SALVADOR BARAJAS-CRUZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: November 2, 2007          *s/ Jodi D. Thorp*
JODI D. THORP
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
jodi_thorp@fd.org