# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 16 P 3: 43

UNITED STATES OF AMERICA )
) CASE NUMBER 07mj8890
vs )
) ABSTRACT OF ORDER
)
) Booking No. _____
)
Salvador Barajas Cruz )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 11-16-07
the Court entered the following order:

✓ _____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
✓ _____ Defendant released on $ 15,000 p/s bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
_____
Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY